## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEFANIE GENTLES, RICHARD MESSERLY, GREGG BROWN, and DAVID BAIR, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>v.<br><br>HEALTHPORT TECHNOLOGIES, LLC, and CIOX HEALTH, LLC,<br><br>               Defendants. | Case No. 3:15-cv-00069-DRH-DGW |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons set forth in their contemporaneously-filed memorandum in support of this motion and based upon the authorities cited therein, Plaintiffs move for certification of the Settlement Class defined as:

> All persons in the United States who paid to HealthPort Technologies, LLC and/or CIOX Health, LLC, at any time on or after December 6, 2010, one of the following fees as a result of obtaining electronic medical records in electronic form from a healthcare facility or physician practice located in the State of Illinois: (a) the full Paper Copy Price rather than the discounted Electronic Record Price; and/or (b) an Electronic Delivery Fee.

under FED. R. CIV. P. 23(b)(2), and for final approval of their class action settlement.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and enter and order certifying the Settlement Class, approving the Settlement Agreement, and granting any further relief the Court deems just and proper.

Dated: June 28, 2017

Respectfully submitted,

/s/ *Matthew H. Armstrong*
Matthew H. Armstrong
ARMSTRONG LAW FIRM LLC

8816 Manchester Rd., No. 109
St. Louis MO 63144
Tel:     314-258-0212
Email: matt@mattarmstronglaw.com

David C. Nelson
NELSON & NELSON P.C.
420 North High Street
Belleville IL 62220
Tel:     618-277-4000
Email: dnelson@nelsonlawpc.com

Michael Aschenbrener
KAMBERLAW LLC
220 N. Green St.
Chicago IL 60607
Tel:     212-920-3072
Email: masch@kamberlaw.com

***Attorneys for Plaintiffs***


## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2017, I electronically delivered a copy of the foregoing by

causing true and accurate copies of to be filed and transmitted to all counsel of record via the

Court's CM/ECF electronic filing system.

/s/ *Matthew H. Armstrong*